UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>        Plaintiff,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation; EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>        Defendants. | Case No. 2:18-CV-00758<br><br>**CHEVRON CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

    Pursuant to Civil Local Rule 3(h), Defendant Chevron Corporation gives notice that the following materially similar actions have been filed against the same five Defendants in the above-captioned action (and, in some cases, additional defendants) in the Northern District of California and the Southern District of New York: *City and County of San Francisco v. BP P.L.C., et al.* (Case No. 3:17-cv-6012-WHA); *City of Oakland v. BP P.L.C., et al.* (Case No. 3:17-cv-6011-WHA); *County of San Mateo v. Chevron Corp. et al.* (Case No. 3:17-cv-4929-

VC); *City of Imperial Beach v. Chevron Corp., et al.* (Case No. 3:17-cv-4934-VC); *County of Marin v. Chevron Corp., et al.* (Case No. 3:17-cv-4935-VC); *County of Santa Cruz v. Chevron Corp. et al.* (Case No. 3:18-cv-450-VC); *City of Santa Cruz v. Chevron Corp. et al.* (Case No. 3:18-cv-458-VC); *City of Richmond v. Chevron Corp., et al.* (3:18-cv-732-VC); and *City of New York v. BP P.L.C., et al.*, (Case No. 1:18-cv-00182-JFK).[1]

As here, in these actions, various cities and counties purport to bring state common law claims for public nuisance and trespass based on alleged injuries arising from the phenomena of global warming and climate change. The injuries alleged by these cities and counties, like Plaintiff's here, include sea level rise and flood damage. Plaintiffs in all these actions, like Plaintiff here, claim that the Defendants can be held liable for these and other alleged injuries based on their production and sale of fossil fuels, although they do not allege that the Defendants' conduct violated any federal or state statute or regulation. And similar to Plaintiff here, these cities and counties seek relief in the form of compensatory damages and an abatement fund to finance measures to remedy their purported injuries. As the cases are presently postured, no party is requesting a transfer pursuant to 28 U.S.C. § 1407 at this time.

---

[1] This notice is submitted subject to and without waiver of any defense, affirmative defense, or objection, including personal jurisdiction, insufficient process, or insufficient service of process.

CHEVRON CORPORATION'S NOTICE OF
PENDENCY OF OTHER ACTIONS OR
PROCEEDINGS: 2:18-CV-00758
- 2 -
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

| | | |
|---|---|---|
| 1 | Dated: May 25, 2018 | GIBSON, DUNN & CRUTCHER LLP |
| 2 | | By: *s/Theodore J. Boutrous, Jr.* |
| | | *s/Joshua S. Lipshutz* |
| 3 | | Theodore J. Boutrous, Jr. (*pro hac pending*) |
| | | tboutrous@gibsondunn.com |
| 4 | | Joshua S. Lipshutz (*pro hac pending*) |
| | | jlipshutz@gibsondunn.com |

333 South Grand Avenue
Los Angeles, CA 90071
Telephone: +213 229 7000
Facsimile: +213 229 7520

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: *s/Robert M. McKenna*
 *s/Adam N. Tabor*
Robert M. McKenna (WSBA No. 18327)
rmckenna@orrick.com
Adam Nolan Tabor (WSBA No. 50912)
atabor@orrick.com

701 Fifth Ave., Suite 5600
Seattle, WA 98104
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301

STERN & KILCULLEN, LLC

By:  *s/Herbert J. Stern*
  *s/Joel M. Silverstein*
Herbert J. Stern (*pro hac pending*)
hstern@sgklaw.com
Joel M. Silverstein (*pro hac pending*)
jsilverstein@sgklaw.com

325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: +973 535 1900
Facsimile: +973 535 9664

SUSMAN GODFREY LLP

By: *s/ Neal S. Manne*
  *s/Erica Harris*
Neal S. Manne (*pro hac pending*)
nmanne@susmangodfrey.com
Erica Harris (*pro hac vice pending*)
eharris@susmangodfrey.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: +713.651.9366
Facsimile: +713.654.6666

*Attorneys for Defendant Chevron Corporation*

CHEVRON CORPORATION'S NOTICE OF
PENDENCY OF OTHER ACTIONS OR
PROCEEDINGS: 2:18-CV-00758

- 4 -

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000