UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>        Plaintiff,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>        Defendants. | Case No. 2:18-cv-00758<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS PURSUANT TO LOCAL CIVIL RULES 7(d)(1) AND 10(g)** |

    The Court, having received and reviewed the Parties' Stipulated Motion, and good cause appearing, IT IS HEREBY ORDERED:

    1.    Defendants will file their responses to the Complaint by **July 27, 2018**.

    2.    Defendants shall coordinate their efforts to file a consolidated memorandum of law in support of their motions to dismiss under Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6). If any Defendant wishes to file its own, individual memorandum in support of a Motion to Dismiss under Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6), it shall only

advance arguments unique to the Defendant filing the individual memorandum and shall not repeat arguments advanced in the consolidated memorandum.

3. Any Defendant that wishes to challenge personal jurisdiction, insufficient process, or insufficient service of process will file an individual memorandum of law pursuant to Federal Rules of Civil Procedure 12(b)(2), (4), and/or (5). As part of efforts to consolidate and organize briefing, the Parties have agreed, and this Court acknowledges, that the restrictions in Federal Rules of Civil Procedure 12(g) and 12(h) regarding multiple motions to dismiss do not apply to motions to dismiss filed by July 27, 2018.

4. Plaintiff shall serve any responses to Defendants' motions to dismiss by **September 14, 2018**.

5. Defendants shall serve their reply briefs by **October 5, 2018**. Defendants shall file a consolidated reply memorandum of law in support of their motions to dismiss under Rules 12(b)(1) and/or 12(b)(6) regarding arguments made in Defendants' opening consolidated memorandum.

6. Neither the Stipulated Motion nor this Order shall operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, insufficient process, or insufficient service of process.

Dated this 12th day of June, 2018.

                                              Robert S. Lasnik
                                              United States District Judge

Presented by:

/s/ Kevin Wright
/s/ Jennifer Stacy
/s/ Steve W. Berman
/s/ Barbara A. Mahoney
/s/ Matthew F. Pawa
/s/ Benjamin A. Krass
/s/ Wesley Kelman

Kevin Wright
Jennifer Stacy
Senior Deputy Prosecuting Attorneys
KING COUNTY PROSECUTING
ATTORNEY'S OFFICE
CIVIL DIVISION
516 Third Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 477-1120
Facsimile: (206) 296-0191

Steve W. Berman (WSBA No. 12536)
Barbara A. Mahoney (WSBA No. 31845)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave. Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbara@hbsslaw.com

Matthew F. Pawa (*pro hac vice*)
Benjamin A. Krass (*pro hac vice*)
Wesley Kelman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551
E-mail: mattp@hbsslaw.com
E-mail: benk@hbsslaw.com
E-mail: wesk@hbsslaw.com

*Attorneys for Plaintiff KING COUNTY*

**/s/ Theodore J. Boutrous, Jr.
/s/ Joshua S. Lipshutz
/s/ Robert M. McKenna
/s/ Adam Nolan Tabor
/s/ Herbert J. Stern
/s/ Joel M. Silverstein
/s/ Neal S. Manne
/s/ Erica Harris

Theodore J. Boutrous, Jr. (*pro hac vice*)
Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: +213 229 7000
Facsimile: +213 229 7520
E-mail: tboutrous@gibsondunn.com
E-mail: jlipshutz@gibsondunn.com

Robert M. McKenna (WSBA No. 18327)
Adam Nolan Tabor (WSBA No. 50912)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104
Telephone: +1 206 839 4300
Facsimile: +1 206 839 4301
E-mail: rmckenna@orrick.com
E-mail: atabor@orrick.com

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: +973 535 1900
Facsimile: +973 535 9664
E-mail: hstern@sgklaw.com
E-mail: jsilverstein@sgklaw.com

Neal S. Manne (*pro hac vice*)
Erica Harris (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666
E-mail: nmanne@susmangodfrey.com
E-mail: eharris@susmangodfrey.com

*Attorneys for Defendant CHEVRON CORPORATION*

|   |   |
|---|---|
| */s/ Angelo J. Calfo*  <br>*/s/ Theodore V. Wells, Jr.*  <br>*/s/ Daniel J. Toal*  <br>*/s/ Jaren E. Janghorbani*  <br>*/s/ Dawn Sestito*  <br>*/s/ M. Randall Oppenheimer* | ** Pursuant to this Court's Electronic Filing Procedure III.L, the electronic signatory has obtained approval from all other signatories |

/s/ Angelo J. Calfo
/s/ Theodore V. Wells, Jr.
/s/ Daniel J. Toal
/s/ Jaren E. Janghorbani
/s/ Dawn Sestito
/s/ M. Randall Oppenheimer

Angelo J. Calfo, WSBA #27079
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 407-2200
Facsimile: (206) 407-2224
E-mail: angeloc@calfoeakes.com

Theodore V. Wells, Jr. (*pro hac vice forthcoming*)
Daniel J. Toal (*pro hac vice forthcoming*)
Jaren E. Janghorbani (*pro hac vice forthcoming*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail: twells@paulweiss.com
E-Mail: dtoal@paulweiss.com
E-Mail: jjanghorbani@paulweiss.com

M. Randall Oppenheimer (*pro hac vice forthcoming*)
Dawn Sestito (*pro hac vice forthcoming*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
E-Mail:  roppenheimer@omm.com
E-Mail:  dsestito@omm.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*

/s/ Eric P. Tuttle

Eric P. Tuttle (WSBA No. 46820)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: eric.tuttle@mto.com

*Attorneys for Defendant ROYAL DUTCH SHELL PLC*

| | |
|---|---|
| /s/ Jonathan W. Hughes | /s/ Katherine A. Christofilis |
| /s/ Matthew T. Heartney | /s/ Marshall Ferguson |
| /s/ John D. Lombardo | /s/ Sean C. Grimsley |
| /s/ Phillip H. Curtis | /s/ Jameson R. Jones |
| /s/ Nancy Milburn | /s/ Tracie J. Renfroe |
| | /s/ Carol M. Wood |

Jonathan W. Hughes
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (415) 471-3400
E-mail: jonathan.hughes@apks.com

Matthew T. Heartney
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
E-mail: matthew.heartney@apks.com
E-mail: john.lombardo@apks.com

Philip H. Curtis
Nancy Milburn
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
E-mail: philip.curtis@apks.com
E-mail: nancy.milburn@apks.com

*Attorneys for Defendant BP P.L.C.*

Marshall Ferguson, WSBA #29528
Katherine A. Christofilis, WSBA #42584
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
mferguson@williamskastner.com
kchristofilis@williamskastner.com

Sean C. Grimsley (*pro hac vice forthcoming*)
Jameson R. Jones (*pro hac vice forthcoming*)
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: 303-592-3123
Facsimile: 303-592-3140
Email: sean.grimsley@bartlit-beck.com
Email: jameson.jones@bartlit-beck.com

Tracie J. Renfroe (*pro hac vice forthcoming*)
Carol M. Wood (*pro hac vice forthcoming*)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
E-mail: trenfroe@kslaw.com
E-mail: cwood@kslaw.com

*Attorneys for Defendant CONOCOPHILLIPS*