1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    WESTERN DISTRICT OF WASHINGTON

10                              AT SEATTLE

11   KING COUNTY,

12           Plaintiff,

13      v.                                    Case No. 2:18-cv-00758

14   BP P.L.C., a public limited company of      [~~PROPOSED~~] ORDER GRANTING
     England and Wales, CHEVRON                  PARTIES' STIPULATED MOTION
15   CORPORATION, a Delaware corporation,        REGARDING SCHEDULE FOR
     CONOCOPHILLIPS, a Delaware                  FRCP 26(a)(1) CONFERENCE,
16   corporation, EXXON MOBIL                    INITIAL DISCLOSURES, AND
     CORPORATION, a New Jersey corporation,      JOINT STATUS REPORT AND
17   ROYAL DUTCH SHELL PLC, a public             DISCOVERY PLAN
     limited company of England and Wales, and
18   DOES 1 through 10,

19           Defendants.

20

21

22       The Court, having received and reviewed the Parties' Stipulated Motion, and good cause

23   appearing, IT IS HEREBY ORDERED:

         1.      The deadline for a FRCP 26(f) Conference shall be **July 11, 2018**.
24
         2.      Initial Disclosures pursuant to FRCP 26(a)(1) shall be due by **July 18, 2018**.
25
         3.      A Combined Joint Status Report and Discovery Plan as required by FRCP 26(f)
26
     and LCR 26(f) shall be due by **July 25, 2018**.
27
         4.      Neither the Stipulated Motion nor this Order shall operate as an admission of
28

                                            - 1 -

1  any factual allegation or legal conclusion, nor shall it operate as a waiver of any right, defense,

2  affirmative defense, claim, or objection, including lack of personal jurisdiction, insufficient

3  process, or insufficient service of process.

4

5  Dated this **25**<sup>th</sup> day of June, 2018.

6

7  _____

8  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Presented by:

2    */s/ Kevin Wright*

     */s/ Jennifer Stacy*

3    */s/ Steve W. Berman*

     */s/ Barbara A. Mahoney*

4    */s/ Matthew F. Pawa*

     */s/ Benjamin A. Krass*

5    */s/ Wesley Kelman*

6    Kevin Wright
     Jennifer Stacy

7    Senior Deputy Prosecuting Attorneys
     KING COUNTY PROSECUTING

8    ATTORNEY'S OFFICE
     CIVIL DIVISION

9    516 Third Avenue, Suite 400
     Seattle, WA 98104

10   Telephone: (206) 477-1120
     Facsimile: (206) 296-0191

11
     Steve W. Berman (WSBA No. 12536)

12   Barbara A. Mahoney (WSBA No. 31845)
     HAGENS BERMAN SOBOL SHAPIRO

13   LLP
     1918 Eighth Ave. Suite 3300

14   Seattle, WA 98101
     Telephone: (206) 623-7292

15   Facsimile: (206) 623-0594
     E-mail:  steve@hbsslaw.com

16   E-mail:  barbara@hbsslaw.com

17   Matthew F. Pawa (*pro hac vice*)
     Benjamin A. Krass (*pro hac vice*)

18   Wesley Kelman (*pro hac vice*)
     HAGENS BERMAN SOBOL SHAPIRO

19   LLP
     1280 Centre Street, Suite 230

20   Newton Centre, MA 02459
     Telephone: (617) 641-9550

21   Facsimile: (617) 641-9551
     E-mail:  mattp@hbsslaw.com

22   E-mail:  benk@hbsslaw.com
     E-mail:  wesk@hbsslaw.com

23
     *Attorneys for Plaintiff KING COUNTY*

24

25

26

27

28

\*\**/s/ Theodore J. Boutrous, Jr.*

*/s/ Joshua S. Lipshutz*

*/s/ Robert M. McKenna*

*/s/ Adam Nolan Tabor*

*/s/ Herbert J. Stern*

*/s/ Joel M. Silverstein*

*/s/ Neal S. Manne*

*/s/ Erica Harris*

Theodore J. Boutrous, Jr. (*pro hac vice*)
Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  +213 229 7000
Facsimile:  +213 229 7520
E-mail:  tboutrous@gibsondunn.com
E-mail:  jlipshutz@gibsondunn.com

Robert M. McKenna (WSBA No. 18327)
Adam Nolan Tabor (WSBA No. 50912)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104
Telephone:  +1 206 839 4300
Facsimile:  +1 206 839 4301
E-mail:  rmckenna@orrick.com
E-mail:  atabor@orrick.com

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone:  +973 535 1900
Facsimile:  +973 535 9664
E-mail:  hstern@sgklaw.com
E-mail:  jsilverstein@sgklaw.com

Neal S. Manne (*pro hac vice*)
Erica Harris (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666
E-mail:  nmanne@susmangodfrey.com
E-mail:  eharris@susmangodfrey.com

*Attorneys for Defendant CHEVRON
CORPORATION*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

** Pursuant to this Court's Electronic Filing Procedure III.L, the electronic signatory has obtained approval from all other signatories

/s/ Angelo J. Calfo
/s/ Theodore V. Wells, Jr.
/s/ Daniel J. Toal
/s/ Jaren E. Janghorbani
/s/ Dawn Sestito
/s/ M. Randall Oppenheimer

Angelo J. Calfo, WSBA #27079
CALFO EAKES & OSTROVSKY PLLC
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Telephone: (206) 407-2200
Facsimile: (206) 407-2224
E-mail: angeloc@calfoeakes.com

Theodore V. Wells, Jr. (*pro hac vice forthcoming*)
Daniel J. Toal (*pro hac vice forthcoming*)
Jaren E. Janghorbani (*pro hac vice forthcoming*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
E-Mail: twells@paulweiss.com
E-Mail: dtoal@paulweiss.com
E-Mail: jjanghorbani@paulweiss.com

M. Randall Oppenheimer (*pro hac vice forthcoming*)
Dawn Sestito (*pro hac vice forthcoming*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-Mail: roppenheimer@omm.com
E-Mail: dsestito@omm.com

*Attorneys for Defendant EXXON MOBIL CORPORATION*

/s/ Eric P. Tuttle

Eric P. Tuttle (WSBA No. 46820)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
E-mail: eric.tuttle@mto.com

*Attorneys for Defendant ROYAL DUTCH SHELL PLC*

1
/s/ Jonathan W. Hughes
/s/ Matthew T. Heartney
2
/s/ John D. Lombardo
/s/ Phillip H. Curtis
3
/s/ Nancy Milburn

/s/ Katherine A. Christofilis
/s/ Marshall Ferguson
/s/ Sean C. Grimsley
/s/ Jameson R. Jones
/s/ Tracie J. Renfroe
/s/ Carol M. Wood

4
Jonathan W. Hughes
ARNOLD & PORTER KAYE SCHOLER
5
LLP
Three Embarcadero Center, 10th Floor
6
San Francisco, California 94111-4024
Telephone: (415) 471-3100
7
Facsimile: (415) 471-3400
E-mail: jonathan.hughes@apks.com
8
9
Matthew T. Heartney
John D. Lombardo
ARNOLD & PORTER KAYE SCHOLER
10
LLP
777 South Figueroa Street, 44th Floor
11
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
12
Facsimile: (213) 243-4199
E-mail: matthew.heartney@apks.com
13
E-mail: john.lombardo@apks.com
14
Philip H. Curtis
Nancy Milburn
15
ARNOLD & PORTER KAYE SCHOLER
LLP
16
250 West 55th Street
New York, NY 10019-9710
17
Telephone: (212) 836-8383
Facsimile: (212) 715-1399
18
E-mail: philip.curtis@apks.com
E-mail: nancy.milburn@apks.com
19
Attorneys for Defendant BP P.L.C.
20

Marshall Ferguson, WSBA #29528
Katherine A. Christofilis, WSBA #42584
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
mferguson@williamskastner.com
kchristofilis@williamskastner.com

Sean C. Grimsley (pro hac vice)
Jameson R. Jones (pro hac vice)
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone: 303-592-3123
Facsimile: 303-592-3140
Email: sean.grimsley@bartlit-beck.com
Email: jameson.jones@bartlit-beck.com

Tracie J. Renfroe (pro hac vice forthcoming)
Carol M. Wood (pro hac vice forthcoming)
KING & SPALDING LLP
1100 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 751-3200
Facsimile: (713) 751-3290
E-mail: trenfroe@kslaw.com
E-mail: cwood@kslaw.com

Attorneys for Defendant CONOCOPHILLIPS

21
22
23
24
25
26
27
28