The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

KING COUNTY,

Plaintiff,

v.

BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,

Defendants.

Case No. 2:18-cv-00758

**ORDER GRANTING PARTIES' STIPULATED MOTION REGARDING SCHEDULE FOR FRCP 26(a)(1) CONFERENCE, INITIAL DISCLOSURES, AND JOINT STATUS REPORT AND DISCOVERY PLAN**

The Court, having received and reviewed the Parties' Stipulated Motion, and good cause appearing, **IT IS HEREBY ORDERED**:

1. The dates for initial disclosures, FRCP 26(f) conference, and submission of the Joint Status Report and Discovery Plan that were set by this Court's June 13, 2018 Order (Dkt. No. 46) and the Court's June 25, 2018 Order granting the parties' Stipulated Motion (Dkt. No. 85) are vacated.

2. If the Court denies the motions to dismiss of any Defendants, thereby requiring

them to answer the complaint, those dates will be reset by the Court with respect to any such Defendants.

3. Neither the Stipulated Motion nor this Order shall operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, insufficient process, or insufficient service of process.

Dated 29th day of June, 2018.

Robert S. Lasnik
United States District Judge