The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>    Plaintiff,<br><br>  v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:18-cv-00758-RSL<br><br>[~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATED MOTION REGARDING PAGE LIMITS FOR BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS |

The Court, having received and reviewed the Parties' Stipulated Motion, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendants shall coordinate their efforts to file a consolidated memorandum of law of no more than 40 pages in support of their motions to dismiss under Federal Rules of Civil Procedure 12(b)(1) and/or (6). Plaintiff's opposition shall not exceed 40 pages. Defendants' reply shall not exceed 20 pages.

2. Each Defendant shall have the right to file its own memorandum of law in support of its motion to dismiss under Federal Rule of Civil Procedure 12(b)(2) that shall not

[~~PROPOSED~~] ORDER GRANTING
STIPULATED MOTION RE PAGE LIMITS FOR
MOTION TO DISMISS BRIEFING
2:18-cv-00758-RSL

- 1 -

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

exceed 20 pages in length. Plaintiff's oppositions to any such memoranda shall not exceed 20 pages in length. Defendants' individual replies shall not exceed 10 pages in length.

3. Neither the Stipulated Motion nor this Order shall operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, insufficient process, or insufficient service of process.

Dated this 12th day of July, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

[PROPOSED] ORDER GRANTING
STIPULATED MOTION RE PAGE LIMITS FOR
MOTION TO DISMISS BRIEFING
2:18-cv-00758-RSL

- 2 -

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000