UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>          Plaintiff,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>          Defendants. | Case No. C18-758RSL<br><br>ORDER GRANTING PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on plaintiff's motion for an extension of time to respond to six motions to dismiss filed by the five defendants in this case. Dkt. #115-120. Plaintiff's responses are due on October 11, 2018. Dkt. #121. But plaintiff has filed a partially unopposed motion to stay proceedings, pending the Ninth Circuit's decision on appeals brought in two similar cases by the City of Oakland and the City and County of San Francisco. Dkt. #125. The stay would suspend plaintiff's obligation to respond to the defendants' pending motions to dismiss. Plaintiff therefore seeks a two-week extension of the deadline from October 11 to October 25 in order to obtain a ruling on the stay motion before expending significant time and resources on these responses. The Court accordingly finds good case for an extension of time. *See* Fed. R. Civ. P. 6(b)(1).

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 1

For the foregoing reasons, plaintiff's motion is GRANTED, and the Court hereby ORDERS that:

1. The deadline for plaintiff to respond to defendants' six motions to dismiss is extended from October 11, 2018 to October 25, 2018,

2. The deadline for defendants to file any replies in support of their motions to dismiss is extended from November 1, 2018 to November 15, 2018.

DATED this 5th day of October, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION FOR EXTENSION OF TIME - 2