THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00758<br><br>**NOTICE OF UPDATED NINTH CIRCUIT BRIEFING SCHEDULE** |

On October 17, 2018, this Court granted Plaintiff King County's motion to stay proceedings in this matter pending resolution of the Ninth Circuit's decision in *City of Oakland v. BP P.L.C.*, No. 18-16663.  ECF No. 138.  On December 3, 2018, the Ninth Circuit granted plaintiffs-appellants' motion for an extension of time to file the opening brief, and Defendant Chevron Corporation ("Chevron") provided this Court with notice of that extension on December 12, 2018. ECF No. 143. On February 14, 2019, the Ninth Circuit granted plaintiffs-appellants' second motion for an extension of time to file the opening brief in the

NOTICE OF UPDATED NINTH CIRCUIT
BRIEFING SCHEDULE　　　　　　　　　　- 1 -
CASE NO. 18-16663

*City of Oakland* appeal. The Order granting the motion is attached as Exhibit A. The briefing schedule in *City of Oakland* shall now proceed as follows:

- Plaintiffs-Appellants' Opening Brief: March 13, 2019
- Defendants-Appellees' Answering Brief: April 12, 2019
- Plaintiffs-Appellants' Reply Brief: Due within 21 days after service of Answering Brief.

Defendant Chevron provides this notice to keep the Court advised of the proceedings in the Ninth Circuit.

Dated March 7, 2019.

By: ** */s/ Theodore J. Boutrous, Jr.*
*/s/ Joshua S. Lipshutz*
*/s/ Robert M. McKenna*
*/s/ Adam Nolan Tabor*
*/s/ Herbert J. Stern*
*/s/ Joel M. Silverstein*
*/s/ Neal S. Manne*
*/s/ Erica Harris*

Theodore J. Boutrous, Jr. (*pro hac vice*)
Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
E-mail: tboutrous@gibsondunn.com
E-mail: jlipshutz@gibsondunn.com

Robert M. McKenna (WSBA No. 18327)
Adam Nolan Tabor (WSBA No. 50912)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104
Telephone: (206) 839-4300
Facsimile: (206) 839-4301
E-mail: rmckenna@orrick.com
E-mail: atabor@orrick.com

1
2
3
4
5
6
7

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN & KILCULLEN, LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone:  (973) 535-1900
Facsimile:  (973) 535-9664
E-mail:  hstern@sgklaw.com
E-mail:  jsilverstein@sgklaw.com

8
9
10
11
12
13

Neal S. Manne (*pro hac vice*)
Erica Harris (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666
E-mail:  nmanne@susmangodfrey.com
E-mail:  eharris@susmangodfrey.com
*Attorneys for Defendant Chevron Corporation*

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF UPDATED NINTH CIRCUIT
BRIEFING SCHEDULE                  - 3 -
CASE NO. 18-16663

# EXHIBIT A

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF OAKLAND, a Municipal Corporation, and The People of the State of California, acting by and through the Oakland City Attorney and CITY AND COUNTY OF SAN FRANCISCO, a Municipal Corporation, and The People of the State of California, acting by and through the San Francisco City Attorney Dennis J. Herrera,<br><br>      Plaintiffs - Appellants,<br><br> v.<br><br>BP P.L.C., a public limited company of England and Wales; et al.,<br><br>      Defendants - Appellees. | No. 18-16663<br><br>D.C. Nos. 3:17-cv-06011-WHA, 3:17-cv-06012-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

Appellants' motion (Docket Entry No. 26) for an extension of time to file the opening brief is granted. The appellants' opening brief is due March 13, 2019; appellees' answering brief is due April 12, 2019; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7