UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>          Plaintiff,<br><br>     v.<br><br>BP PLC, et al.,<br><br>          Defendants. | Case No. C18-758RSL<br><br>ORDER |

This matter comes before the Court on the Joint Status Report filed by the parties on August 26, 2020. Dkt. #155. The parties have requested a continuance of the stay in this matter and propose to submit a further joint status report by September 9, 2020.

Finding good cause, IT IS HEREBY ORDERED that the stay in this case be continued to September 9, 2020. The parties shall submit a joint proposal regarding next steps for this matter on or before that date.

IT IS SO ORDERED.

DATED this 27th day of August, 2020.

_____
Robert S. Lasnik
United States District Judge

ORDER - 1