UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BP PLC, et al.,<br><br>　　　　　　Defendants. | Case No. C18-758RSL<br><br>ORDER CONTINUING STAY |

　　　This matter comes before the Court on the "Joint Further Status Report" filed by the parties on September 9, 2020. Dkt. #157. The parties have jointly proposed that the Court maintain the present stay of this action pending resolution of the earlier of (1) defendants' petition for writ of certiorari to the Supreme Court of the United States seeking review of the Ninth Circuit's decision in City of Oakland v. BP PLC, 960 F.3d 570 (9th Cir. 2020), or (2) the Supreme Court's decisions in Ford Motor Co. v. Montana Eighth Dist. Ct., No. 19-368 and Ford Motor Co. v. Bandemer, No. 19-369 (collectively, the "Ford Motor cases").

　　　Finding good cause, IT IS HEREBY ORDERED that the stay in this case be continued. IT IS FURTHER ORDERED that, within 14 days of the earlier of (1) resolution of the petition for writ of certiorari in City of Oakland or (2) the decision in the Ford Motor cases, the parties shall file a joint status report regarding next steps for this matter.

　　　IT IS SO ORDERED.

　　　//

　　　//

ORDER CONTINUING STAY - 1

1   DATED this 9th day of September, 2020.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING STAY - 2