UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>        Plaintiff,<br><br>        v.<br><br>BP PLC, et al.,<br><br>        Defendants. | Case No. C18-758RSL<br><br>ORDER CONTINUING STAY |

This matter comes before the Court on the "Joint Status Report" filed by the parties on April 7, 2021. Dkt. # 168. The parties have jointly proposed that the Court maintain the present stay of this action pending resolution of defendants' petition for writ of certiorari to the Supreme Court of the United States seeking review of the Ninth Circuit's decision in City of Oakland v. BP PLC, No. 18-16663. See Chevron Corp. v. City of Oakland, No. 20-1089 (U.S.).

Finding good cause, IT IS HEREBY ORDERED that the stay in this case be continued. IT IS FURTHER ORDERED that, within 14 days of resolution of the petition for writ of certiorari in City of Oakland, the parties shall file a joint status report regarding next steps for this matter.

IT IS SO ORDERED.

ORDER CONTINUING STAY - 1

1      DATED this 8th day of April, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING STAY - 2