Hon. Robert S. Lasnik

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

8
9
10

KING COUNTY,

            Plaintiff,

     v.

BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,

            Defendants.

Case No. 2:18-cv-00758-RSL

**JOINT STATUS REPORT**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STATUS REPORT**

The Court's order dated June 29, 2021, requires the Parties to "file a joint status report regarding next steps for this matter by July 6, 2021."  Dkt. No. 173.[1]  The Parties have met and conferred and have agreed on a proposed briefing schedule for Defendants' forthcoming motions to dismiss, which is set forth and explained in the Parties' Stipulated Motion and Proposed Order that are being filed contemporaneously with this Joint Status Report.

DATED this 6th day of July, 2021.

---

[1] This submission does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of personal jurisdiction, insufficient process, or insufficient service of process.

JOINT STATUS REPORT
Case No. 2:18-cv-00758-RSL

- 2 -

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

1  By: /s/ Kevin Wright_____ ____
       /s/ Jennifer Stacy_____
2      /s/ Steve W. Berman_____
       /s/ Barbara A. Mahoney__ ___
3      /s/ Matthew F. Pawa_____ ___
       /s/ Benjamin A. Krass____ ___
4      /s/ Wesley Kelman_____

5  Kevin Wright
   Jennifer Stacy
6  Senior Deputy Prosecuting Attorneys
   KING COUNTY PROSECUTING
7  ATTORNEY'S OFFICE
   CIVIL DIVISION
8  516 Third Avenue, Suite 400
   Seattle, WA 98104
9  Telephone: (206) 477-1120
   Facsimile: (206) 296-0191

10

11 Steve W. Berman (WSBA No. 12536)
   Barbara A. Mahoney (WSBA No. 31845)
12 HAGENS BERMAN SOBOL SHAPIRO
   LLP
   1918 Eighth Ave. Suite 3300
13 Seattle, WA 98101
   Telephone: (206) 623-7292
14 Facsimile: (206) 623-0594
   E-mail:  steve@hbsslaw.com
15 E-mail:  barbara@hbsslaw.com

16 Matthew F. Pawa (*pro hac vice*)
   Benjamin A. Krass (*pro hac vice*)
17 Wesley Kelman (*pro hac vice*)
   Seeger Weiss LLP
18 1280 Centre Street, Suite 230
   Newton Centre, MA 02459
19 Telephone: (617) 641-9550
   Facsimile: (617) 641-9551
20 E-mail:  mpawa@seegerweiss.com
   E-mail:  bkrass@seegerweiss.com
21 E-mail:  wkelman@seegerweiss.com

22 *Attorneys for Plaintiff KING COUNTY*

23

24

25

26

27

28

By: **/s/ Theodore J. Boutrous, Jr.___
     /s/ Joshua S. Lipshutz_____
     /s/ Robert M. McKenna_____
     /s/ Aaron P. Brecher_____
     /s/ Herbert J. Stern_____
     /s/ Joel M. Silverstein_____
     /s/ Neal S. Manne_____
     /s/ Erica Harris_____

Theodore J. Boutrous, Jr. (*pro hac vice*)
Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:  +213 229 7000
Facsimile:  +213 229 7520
E-mail:  tboutrous@gibsondunn.com
E-mail:  jlipshutz@gibsondunn.com

Robert M. McKenna (WSBA No. 18327)
Aaron P. Brecher (WSBA NO. 47212)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104
Telephone: (206) 839-4300
Facsimile: (206) 839-4301
E-mail:  rmckenna@orrick.com
E-mail:  abrecher@orrick.com

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN, KILCULLEN & RUFALO LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone:  +973 535 1900
Facsimile:  +973 535 9664
E-mail:  hstern@sgklaw.com
E-mail:  jsilverstein@sgklaw.com

Neal S. Manne (*pro hac vice*)
Erica Harris (*pro hac vice*)
Johnny W. Carter (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone:  713.651.9366
Facsimile:  713.654.6666
E-mail:  nmanne@susmangodfrey.com
E-mail:  eharris@susmangodfrey.com
E-mail:  jcarter@susmangodfrey.com

Steven M. Shepard (*pro hac vice*)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUSMAN GODFREY LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:  212.729.2010
E-mail:  sshepard@susmangodfrey.com

Kemper P. Diehl (WSBA #53212)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone:  206.516.3880
Facsimile:  206.516.3883
E-mail: kdiehl@susmangodfrey.com

*Attorneys for Defendant CHEVRON
CORPORATION*

** Pursuant to this Court's Electronic Filing
Procedure III.L, the electronic signatory has
obtained approval from all other signatories

JOINT STATUS REPORT
Case No. 2:18-cv-00758-RSL

- 4 -

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

1    By: */s/ Angelo J. Calfo*_____
          */s/ Theodore V. Wells, Jr.*_____
2         */s/ Daniel J. Toal*_____

3    Angelo J. Calfo (WSBA #27079)
     Gabriel Reilly-Bates (WSBA #52257)
4    CALFO EAKES LLP
     1301 Second Avenue, Suite 2800
5    Seattle, WA 98101
     Telephone: (206) 407-2200
6    Facsimile: (206) 407-2224
     E-mail: angeloc@calfoeakes.com
7
     Theodore V. Wells, Jr. (*pro hac vice*)
8    Daniel J. Toal (*pro hac vice*)
     Yahonnes Cleary (*pro hac vice*)
9    Caitlin Grusauskas (*pro hac vice*
     *forthcoming*)
10   PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP
11   1285 Avenue of the Americas
     New York, NY 10019-6064
12   Telephone: (212) 373-3000
     Facsimile: (212) 757-3990
13   E-Mail:  twells@paulweiss.com
     E-Mail:  dtoal@paulweiss.com
14
     *Attorneys for Defendant EXXON MOBIL*
15   *CORPORATION*

16

17

18

19

20

21

22

23

24

25

26

27

28

By: */s/ Erika H. Spanton*_____

Erika H. Spanton (WSBA No. 46992)
BEVERIDGE & DIAMOND, P.C.
600 University Street, Suite 1601
Seattle, WA 98101
Telephone: (206) 315-4815
E-mail: espanton@bdlaw.com

David C. Frederick (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)
Daniel S. Severson (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
E-mail: dfrederick@kellogghansen.com
E-mail: gknofczynski@kellogghansen.com
E-mail: dseverson@kellogghansen.com

*Attorneys for Defendant ROYAL DUTCH*
*SHELL PLC*

JOINT STATUS REPORT
Case No. 2:18-cv-00758-RSL                    - 5 -

GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue,
Los Angeles, CA 90071-3197
213.229.7000

1  By: */s/ Jonathan W. Hughes*
      */s/ Matthew T. Heartney*
2      */s/ John D. Lombardo*
      */s/ Nancy Milburn*
3
4  Jonathan W. Hughes (*pro hac vice*)
   ARNOLD & PORTER KAYE SCHOLER
   LLP
5  Three Embarcadero Center, 10th Floor
   San Francisco, California  94111-4024
6  Telephone: (415) 471-3100
   Facsimile: (415) 471-3400
7  E-mail:  jonathan.hughes@apks.com
8  Matthew T. Heartney (*pro hac vice*)
   John D. Lombardo (*pro hac vice*)
9  ARNOLD & PORTER KAYE SCHOLER
   LLP
10 777 South Figueroa Street, 44th Floor
   Los Angeles, California  90017-5844
11 Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
12 E-mail:  matthew.heartney@apks.com
   E-mail:  john.lombardo@apks.com
13
   Nancy Milburn (*pro hac vice*)
14 ARNOLD & PORTER KAYE SCHOLER
   LLP
15 250 West 55th Street
   New York, NY 10019-9710
16 Telephone: (212) 836-8383
   Facsimile: (212) 715-1399
17 E-mail:  philip.curtis@apks.com
   E-mail:  nancy.milburn@apks.com
18
   *Attorneys for Defendant BP P.L.C.*
19
20
21
22
23
24
25
26
27
28

By: */s/ Daniel A. Brown*
      */s/ Sean C. Grimsley*
      */s/ Jameson R. Jones*
      */s/ Daniel R. Brody*

Daniel A. Brown, WSBA #22028
WILLIAMS, KASTNER & GIBBS PLLC
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone:  (206) 628-6600
Fax:  (206) 628-6611
dbrown@williamskastner.com

Sean C. Grimsley (*pro hac vice*)
Jameson R. Jones (*pro hac vice*)
Daniel R. Brody (*pro hac vice*)
BARTLIT BECK LLP
1801 Wewatta St., Suite 1200
Denver, Colorado 80202
Telephone:  303-592-3123
Facsimile:  303-592-3140
Email:  sean.grimsley@bartlit-beck.com
Email:  jameson.jones@bartlit-beck.com
Email:  dan.brody@bartlit-beck.com

*Attorneys for Defendant CONOCOPHILLIPS*