Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>    Plaintiff,<br><br>    v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:18-cv-00758-RSL<br><br>**ORDER GRANTING PARTIES' STIPULATED MOTION REGARDING DEADLINES AND PAGE LIMITS FOR BRIEFING OF DEFENDANTS' MOTIONS TO DISMISS** |

The Court, having received and reviewed the Parties' Stipulated Motion, and good cause appearing, IT IS HEREBY ORDERED:

1. Within 45 days of this Order, Defendants shall file a consolidated Rule 12(b)(6) Motion not to exceed 40 pages.

2. Defendants shall also file their individual Rule 12(b)(2) Motion(s) within 45 days of the Court's order granting this Stipulated Motion. Defendants reserve the right to file individual Rule 12(b)(2) motions collectively and/or individually by certain defendants. The Rule 12(b)(2) Motion(s) shall adhere to the page limits set forth in LCR 7(e). However, as provided in paragraph 5, further briefing on the Rule 12(b)(2) Motion(s) shall be stayed unless and until the Court decides Defendants' consolidated Rule 12(b)(6) Motion.

3. Plaintiff shall file its opposition to Defendants' Rule 12(b)(6) Motion within 45 days of the filing of Defendants' Rule 12(b)(6) Motion. Plaintiff's opposition shall not exceed 40 pages.

4. Defendants shall file a consolidated reply in support of their Rule 12(b)(6) Motion within 30 days of the filing of Plaintiff's opposition. Defendants' consolidated reply shall not exceed 25 pages.

5. Should the Court deny, in whole or in part, Defendants' Rule 12(b)(6) Motion, the Parties shall meet and confer and then submit a proposed schedule for the completion of briefing on Defendants' Rule 12(b)(2) Motion(s) for the Court's consideration within 14 days of the Court's decision.

6. The sequencing of Defendants' motions to dismiss shall not operate or be construed as a waiver of any personal jurisdiction defense by any Defendant, and Plaintiff shall not argue in any way to the contrary at any time.

DATED this 7th day of July, 2021.

_____
Robert S. Lasnik
United States District Judge

Presented by:

| | |
|---|---|
| /s/ Kevin Wright | **/s/ Theodore J. Boutrous, Jr. |
| /s/ Jennifer Stacy | /s/ Joshua S. Lipshutz |
| /s/ Steve W. Berman | /s/ Robert M. McKenna |
| /s/ Barbara A. Mahoney | /s/ Aaron P. Brecher |
| /s/ Matthew F. Pawa | /s/ Herbert J. Stern |
| /s/ Benjamin A. Krass | /s/ Joel M. Silverstein |
| /s/ Wesley Kelman | /s/ Neal S. Manne |
| | /s/ Erica Harris |

Kevin Wright
Jennifer Stacy
Senior Deputy Prosecuting Attorneys
KING COUNTY PROSECUTING ATTORNEY'S OFFICE
CIVIL DIVISION
516 Third Avenue, Suite 400
Seattle, WA 98104
Telephone: (206) 477-1120
Facsimile: (206) 296-0191

Steve W. Berman (WSBA No. 12536)
Barbara A. Mahoney (WSBA No. 31845)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Ave. Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
E-mail: steve@hbsslaw.com
E-mail: barbara@hbsslaw.com

Matthew F. Pawa (*pro hac vice*)
Benjamin A. Krass (*pro hac vice*)
Wesley Kelman (*pro hac vice*)
Seeger Weiss LLP
1280 Centre Street, Suite 230
Newton Centre, MA 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551
E-mail: mpawa@seegerweiss.com
E-mail: bkrass@seegerweiss.com
E-mail: wkelman@seegerweiss.com

*Attorneys for Plaintiff KING COUNTY*

Theodore J. Boutrous, Jr. (*pro hac vice*)
Joshua S. Lipshutz (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: +213 229 7000
Facsimile: +213 229 7520
E-mail: tboutrous@gibsondunn.com
E-mail: jlipshutz@gibsondunn.com

Robert M. McKenna (WSBA No. 18327)
Aaron P. Brecher(WSBA NO. 47212)
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Ave., Suite 5600
Seattle, WA 98104
Telephone: (206) 839 4300
Facsimile: (206) 839 4301
E-mail: rmckenna@orrick.com
E-mail: abrecher@orrick.com

Herbert J. Stern (*pro hac vice*)
Joel M. Silverstein (*pro hac vice*)
STERN, KILCULLEN & RUFALO LLC
325 Columbia Turnpike, Suite 110
P.O. Box 992
Florham Park, NJ 07932-0992
Telephone: +973 535 1900
Facsimile: +973 535 9664
E-mail: hstern@sgklaw.com
E-mail: jsilverstein@sgklaw.com

Neal S. Manne (*pro hac vice*)
Erica Harris (*pro hac vice*)
Johnny W. Carter (*pro hac vice*)
SUSMAN GODFREY LLP
1000 Louisiana, Suite 5100
Houston, TX 77002
Telephone: 713.651.9366
Facsimile: 713.654.6666
E-mail: nmanne@susmangodfrey.com
E-mail: eharris@susmangodfrey.com
E-mail: jcarter@susmangodfrey.com

| | |
|---|---|
| 1 | |
| 2 | Steven M. Shepard (*pro hac vice*)<br>SUSMAN GODFREY LLP |
| 3 | 1301 Avenue of the Americas<br>New York, NY 10019 |
| 4 | Telephone: 212.729.2010<br>E-mail: sshepard@susmangodfrey.com |
| 5 | Kemper P. Diehl (WSBA #53212)<br>SUSMAN GODFREY LLP |
| 6 | 1201 Third Avenue, Suite 3800<br>Seattle, WA 98101 |
| 7 | Telephone: 206.516.3880<br>Facsimile: 206.516.3883 |
| 8 | E-mail: kdiehl@susmangodfrey.com |
| 9 | *Attorneys for Defendant CHEVRON CORPORATION* |
| 10 | |
| 11 | ** Pursuant to this Court's Electronic Filing Procedure III.L, the electronic signatory has obtained approval from all other signatories |
| 12 | |

ORDER GRANTING
STIPULATED MOTION   - 4 -
Case No. 2:18-cv-00758-RSL

| | |
|---|---|
| */s/ Angelo J. Calfo*<br>*/s/ Theodore V. Wells, Jr.*<br>*/s/ Daniel J. Toal*<br><br>Angelo J. Calfo (WSBA #27079)<br>Gabriel Reilly-Bates (WSBA #52257)<br>CALFO EAKES LLP<br>1301 Second Avenue, Suite 2800<br>Seattle, WA 98101<br>Telephone: (206) 407-2200<br>Facsimile: (206) 407-2224<br>E-mail: angeloc@calfoeakes.com<br><br>Theodore V. Wells, Jr. (*pro hac vice*)<br>Daniel J. Toal (*pro hac vice*)<br>Yahonnes Cleary (*pro hac vice*)<br>Caitlin Grusauskas (*pro hac vice*)<br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Telephone: (212) 373-3000<br>Facsimile: (212) 757-3990<br>E-Mail: twells@paulweiss.com<br>E-Mail: dtoal@paulweiss.com<br>E-Mail: ycleary@paulweiss.com<br>E-Mail: cgrusauskas@paulweiss.com<br><br>*Attorneys for Defendant EXXON MOBIL CORPORATION* | */s/ Erika H. Spanton*<br><br>Erika H. Spanton (WSBA No. 46992)<br>BEVERIDGE & DIAMOND, P.C.<br>600 University Street, Suite 1601<br>Seattle, WA 98101<br>Telephone: (206) 315-4815<br>E-mail: espanton@bdlaw.com<br><br>David C. Frederick (*pro hac vice*)<br>Grace W. Knofczynski (*pro hac vice*)<br>Daniel S. Severson (*pro hac vice*)<br>KELLOGG, HANSEN, TODD, FIGEL &<br>FREDERICK, P.L.L.C.<br>1615 M Street NW, Suite 400<br>Washington, DC 20036<br>Telephone: (202) 326-7900<br>E-mail: dfrederick@kellogghansen.com<br>E-mail: gknofczynski@kellogghansen.com<br>E-mail: dseverson@kellogghansen.com<br><br>*Attorneys for Defendant ROYAL DUTCH SHELL PLC* |

| | |
|---|---|
| */s/ Jonathan W. Hughes*<br>*/s/ Matthew T. Heartney*<br>*/s/ John D. Lombardo*<br>*/s/ Nancy Milburn* | */s/ Daniel A. Brown*<br>*/s/ Sean C. Grimsley*<br>*/s/ Jameson R. Jones*<br>*/s/ Daniel R. Brody* |
| Jonathan W. Hughes (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, California 94111-4024<br>Telephone: (415) 471-3100<br>Facsimile: (415) 471-3400<br>E-mail: jonathan.hughes@apks.com | Daniel A. Brown, WSBA #22028<br>WILLIAMS, KASTNER & GIBBS PLLC<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>dbrown@williamskastner.com |
| Matthew T. Heartney (*pro hac vice*)<br>John D. Lombardo (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-5844<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>E-mail: matthew.heartney@apks.com<br>E-mail: john.lombardo@apks.com | Sean C. Grimsley (*pro hac vice*)<br>Jameson R. Jones (*pro hac vice*)<br>Daniel R. Brody (*pro hac vice*)<br>BARTLIT BECK LLP<br>1801 Wewatta St., Suite 1200<br>Denver, Colorado 80202<br>Telephone: 303-592-3123<br>Facsimile: 303-592-3140<br>Email: sean.grimsley@bartlit-beck.com<br>Email: jameson.jones@bartlit-beck.com<br>Email: dan.brody@bartlit-beck.com |
| Nancy Milburn (*pro hac vice*)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>Telephone: (212) 836-8383<br>Facsimile: (212) 715-1399<br>E-mail: philip.curtis@apks.com<br>E-mail: nancy.milburn@apks.com | *Attorneys for Defendant CONOCOPHILLIPS* |
| Ralph H. Palumbo<br>ARETE LAW GROUP<br>1218 Third Avenue, Suite 2100<br>Seattle, Washington 98101<br>Telephone: (206) 428-3250<br>E-Mail: rpalumbo@aretelaw.com | |
| *Attorneys for Defendant BP P.L.C.* | |

ORDER GRANTING STIPULATED MOTION - 6 -
Case No. 2:18-cv-00758-RSL