Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KING COUNTY,<br><br>                Plaintiff,<br><br>   v.<br><br>BP P.L.C., a public limited company of England and Wales, CHEVRON CORPORATION, a Delaware corporation, CONOCOPHILLIPS, a Delaware corporation, EXXON MOBIL CORPORATION, a New Jersey corporation, ROYAL DUTCH SHELL PLC, a public limited company of England and Wales, and DOES 1 through 10,<br><br>                Defendants. | Case No. C18-758RSL<br><br>NOTICE OF VOLUNTARY DISMISSAL |



Plaintiff King County, through counsel, hereby gives notice of its voluntary dismissal of this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: September 28, 2021

Respectfully submitted,

**KING COUNTY**

*/s/ Jennifer Stacy*
Kevin Wright
Jennifer Stacy
Senior Deputy Prosecuting Attorneys
King County Prosecuting Attorney's Office
Civil Division
516 Third Avenue, Suite 400
Seattle, Washington 98104
Telephone: (206) 477-1120
Facsimile: (206) 296-0191

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Steve W. Berman*
Steve W. Berman (WSBA No. 12536)
steve@hbsslaw.com
Barbara A. Mahoney (WSBA No. 31845)
barbara@hbsslaw.com
Jessica Thompson (WSBA No. 48827)
jessicat@hbsslaw.com
1301 Second Ave., Ste. 2000
Seattle, Washington 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Matthew F. Pawa (*pro hac vice*)
mpawa@seegerweiss.com
Benjamin A. Krass (*pro hac vice*)
bkrass@seegerweiss.com
Wesley Kelman (*pro hac vice*)
wkelman@seegerweiss.com
SEEGER WEISS LLP
1280 Centre Street, Suite 230
Newton Centre, Massachusetts 02459
Telephone: (617) 641-9550
Facsimile: (617) 641-9551

*Attorneys for Plaintiff*



**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2021, I filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to all counsel of record.

/s/ *Steve W. Berman*
Steve W. Berman

NOTICE OF VOLUNTARY DISMISSAL - 2
Case No. C18-758RSL
010694-17/1624394 V3

HAGENS BERMAN
1301 SECOND AVENUE, SUITE 2000 • SEATTLE, WA 98101
(206) 623-7292 • FAX (206) 623-0594